From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. ROBERT JONES, Defendant.

Received at State Prison 12/21/61—Assault, first.

NO. 16

## DECISION

The application of the above-named defendant for a review of the sentence of life, imposed on December 16, 1961, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied.

The reason for the above decision is that this prisoner has a long prior record of difficulties with the law and that many of them are violent in nature. He is presently an escapee from California where he was sentenced to serve one year to life and subsequently was convicted of robbery in Nevada. It is the opinion of the Board that his present term should not be reduced.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Fourth Judicial District. County of Lake.

STATE OF MONTANA, Plaintiff, vs. ALEX LaFOUNTAINE, Defendant.

Received at State Prison 11/17/67—Burglary, 1st 15 years.

NO. 43

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on November 14, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that the long prior record of this prisoner of repeated offenses is such that in the opinion of the Board no reduction of sentence would be justified. He will be eligible for consideration for parole in September of 1970.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.